UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE GOLD, individually and as Trustee of The Michelle Gold Separate Property Trust Dated December 23, 2002 aka The Gold Family Trust; STAR MARTINEZ, Trustee; GONZALEZ-GOLD, individually and on behalf of herself and on behalf of all others similarly situated; and DOES 1-5000,<br><br>                              Plaintiffs,<br><br>v.<br><br>US BANCORP et al.,<br><br>                              Defendants. | Case No.: 3:23-cv-1342-JES-BLM<br><br>**ORDER DISMISSING CASE FOR FAILURE TO COMPLY WITH THE COURT'S ORDER** |

On October 30, 2023, the Court ordered Plaintiffs to file a written response to the Court's OSC for failure to serve Defendants within 90 days as required by Fed. R. Civ. P. 4(m). Plaintiff was ordered to respond no later than November 17, 2023. As of the date of this Order, no response has been filed. The Court therefore **DISMISSES WITHOUT PREJUDICE** the case for failure to comply with the Court's October 30, 2023, Order. The Clerk of Court is directed to close the file.

/ / /

**IT IS SO ORDERED.**

Dated: November 27, 2023

_____
Honorable James E. Simmons Jr.
United States District Judge